**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     In re S. C. Maxwell Family Partnership, LTD.

Appellate case number:   01-14-00451-CV

Trial court case number: 35517

Trial court:             335th District Court of Washington County

On June 3, 2014, relator S. C. Maxwell Family Partnership, Ltd. filed a petition for writ of mandamus challenging the trial court's May 6, 2014 order denying relator's motion to transfer venue. The Court requests a response to the petition for writ of mandamus from the real parties in interest. It is **ordered** that the response of any interested party, if any, shall be due no later than Thursday, August 7, 2014.

It is so ORDERED.

Judge's signature: /s/ <u>Michael Massengale</u>
                  ☒Acting individually    ☐ Acting for the Court

Date:  July 10, 2014